No. 71–1371. ROSARIO ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, 406 U. S. 957.] Motion of County Attorney for Nassau County, New York, for leave to participate in oral argument denied.

No. 71–1583. BROWN, SECRETARY OF STATE OF CALIFORNIA *v.* CHOTE. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, *ante*, p. 911.] It is ordered that Philip Elman, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for appellee in this case.

No. 71–6272. ROBINSON *v.* NEIL, WARDEN. C. A. 6th Cir. [Certiorari granted, 406 U. S. 916.] Motion of counsel for petitioner to allow additional time and/or division of argument denied.

No. 71–6278. ALMEIDA-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 406 U. S. 944.] Motion of Gilbert Foerster for leave to file untimely brief as *amicus curiae* granted.

No. 71–6316. GOOSBY ET AL. *v.* OSSER ET AL. C. A. 3d Cir. [Certiorari granted, 408 U. S. 922.] Motion of Elliot P. Platt and Joseph A. Torregrossa to permit Ann I. Torregrossa to argue *pro hac vice* for petitioners granted. Motion of the Attorney General of Pennsylvania for divided argument granted and an additional 10 minutes allotted for that purpose.

No. 72–77. NORWOOD ET AL. *v.* HARRISON ET AL. Appeal from D. C. N. D. Miss. [Probable jurisdiction noted, *ante*, p. 839.] Motion of appellants for leave to proceed further herein *in forma pauperis* granted.